IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANICE LEE SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>MILODRAGOVICH, DALE & STEINBRENNER, P.C., a Montana Professional Corporation; LON J. DALE, and; MICHAEL BYBEE,<br><br>Defendants. | CASE NO. C18-997 RSM<br><br>JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF SERVICE OF PROCESS AND FOR DEFENDANT TO ANSWER<br><br>[LCR 7(d)(1) and LCR 10(g)] |

COME NOW JANICE LEE SMITH, Plaintiff herein, and MILODRAGOVICH, DALE & STEINBRENNER, P.C., by and through their respective, undersigned counsel of record, and stipulate and agree as follows:

1. Plaintiff filed the Complaint in this case on July 5, 2018.

2. Defendant Milodragovich, Dale & Steinbrenner, P.C. waived service of process.

3. Plaintiff has not completed service of process on Defendants Lon J. Dale and Michael Bybee, both of whom are principals and/or employees of Defendant Milodragovich, Dale and Steinbrenner, P.C.

4. Pursuant to Fed. R. Civ. P. 4(m), the deadline for completing service of

Joint Stipulation and Order to Extend Deadline
for Completion of Service of Process
Page 1 of 3

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

process on Defendant Dale and Bybee is October 3, 2018.

5. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), the Answer of Defendant Milodragovich, Dale & Steinbrenner, P.C. is due on or about October 1, 2018.

6. The Complaint in this case is related to the Chapter 11 bankruptcy of Plaintiff Janice Smith, United States Bankruptcy Court for the Western District of Washington, Case no. 17-10988-TWD.

7. Plaintiff and Defendant Milodragovich, Dale & Steinbrenner, P.C. have scheduled mediation of this case and other related matters, to be conducted by mediator Armand J. Kornfeld on November 2, 2018 in Seattle, Washington. The docket of Ms. Smith's bankruptcy case no. 17-10988-TWD include a Stipulation related to the parties' mediation [Dkt. 122] and Order Appointing Mediator [Dkt. 124].

8. Based on these circumstances, Plaintiff Janice Smith and Defendant Milodragovich, Dale & Steinbrenner, P.C. stipulate and agree to extend the deadline for Plaintiff to complete service of process on the remaining defendant, Lon J. Dale and Michael Bybee, through and including Monday, December 3, 2018, and further agree to extend the due date for the Answer of Defendant Milodragovich, Dale & Steinbrenner, P.C. to December 17, 2018.

DATED: October 1, 2018.

WAID LAW OFFICE, PLLC

BY:/s/ Brian J. Waid_____

**Joint Stipulation and Order to Extend Deadline for Completion of Service of Process**
Page 2 of 3

**WAID LAW OFFICE, PLLC**
**5400 CALIFORNIA AVENUE SW, SUITE D**
**SEATTLE, WA 98136**
**206.388.1926**

| | |
|---|---|
| 1 | BRIAN J. WAID |
| 2 | WSBA No. 26038<br>Attorney for Plaintiff |
| 3 | |
|   | SCHWABE, WILLIAMSON & WYATT |
| 4 | |
| 5 | BY: ___/s/ Christopher H. Howard (email authorization) |
| 6 | CHRISTOPHER H. HOWARD<br>WSBA No. 11074 |
| 7 | Attorney for Defendant<br>Milodragovich, Dale & |
| 8 | Steinbrenner, P.C. |

## ORDER APPROVING STIPULATION

IT IS SO ORDERED this 4th day of October 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Joint Stipulation and Order to Extend Deadline for Completion of Service of Process**
Page 3 of 3

**WAID LAW OFFICE, PLLC**
**5400 CALIFORNIA AVENUE SW, SUITE D**
**SEATTLE, WA 98136**
**206.388.1926**