IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANICE LEE SMITH,<br><br>　　Plaintiff,<br><br>vs.<br><br>MILODRAGOVICH, DALE & STEINBRENNER, P.C., a Montana Professional Corporation; LON J. DALE, and; MICHAEL BYBEE,<br><br>　　Defendants. | CASE NO. C18-997 RSM<br><br>FIFTH JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR COMPLETION OF SERVICE OF PROCESS AND FOR DEFENDANT TO ANSWER<br><br>[LCR 7(d)(1) and LCR 10(g)] |

COME NOW JANICE LEE SMITH, Plaintiff herein, and MILODRAGOVICH, DALE & STEINBRENNER, P.C., by and through their respective, undersigned counsel of record, and stipulate and agree as follows:

1.  Plaintiff filed the Complaint in this case on July 5, 2018.

2.  The Complaint in this case is related to the Chapter 11 bankruptcy of Plaintiff Janice Smith, United States Bankruptcy Court for the Western District of Washington, Case no. 17-10988-TWD.

3.  Defendant Milodragovich, Dale & Steinbrenner, P.C. waived service of process.

4.  Plaintiff has not completed service of process on Defendants Lon J. Dale

Fifth Joint Stipulation and Order to Extend
Deadline for Completion of Service of Process
Page 1 of 5

and Michael Bybee, both of whom are principals and/or employees of Defendant Milodragovich, Dale and Steinbrenner, P.C.

5. Pursuant to Fed. R. Civ. P. 4(m), the initial deadline for completing service of process on Defendant Dale and Bybee was October 3, 2018.

6. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), the Answer of Defendant Milodragovich, Dale & Steinbrenner, P.C. was initially due on or about October 1, 2018.

6. Plaintiff Smith, Defendant Milodragovich, Dale & Steinbrenner, P.C., and the Cote family (who are judgment creditors of Plaintiff Janice Smith) had initially scheduled mediation of this case and other related matters, to be conducted by mediator Armand J. Kornfeld on November 2, 2018 in Seattle, Washington. The docket of Ms. Smith's bankruptcy case no. 17-10988-TWD includes a Stipulation related to the parties' mediation [Dkt. 122] and Order Appointing Mediator [Dkt. 124].

7. Based on those facts, the Court granted the parties' first Joint Stipulation to extend the deadline for completion of service of process to December 3, 2018, and the filing of defendant's Answer to December 17, 2018.

8. Unfortunately, on or about October 30, 2018, the attorney for the Cote family (Bradley R. Duncan of Hillis Clark Martin & Peterson was summoned to appear in the United States District for the Eastern District of New York to appear in Court with his client on November 2, 2018. As a result, the parties had no choice but to

**Fifth Joint Stipulation and Order to Extend Deadline for Completion of Service of Process**
Page 2 of 5

**WAID LAW OFFICE, PLLC**
**5400 CALIFORNIA AVENUE SW, SUITE D**
**SEATTLE, WA 98136**
**206.388.1926**

postpone the mediation scheduled for November 2, 2018. The parties subsequently re-scheduled the mediation to be conducted by Mr. Kornfeld on December 11, 2018.

9. Based on these circumstances, Plaintiff Janice Smith and Defendant Milodragovich, Dale & Steinbrenner, P.C. entered into a Second Stipulation to extend the deadline for Plaintiff to complete service of process on the remaining defendants, Lon J. Dale and Michael Bybee, through and including Monday, January 7, 2019, and further agreed to extend the due date for the Answer of Defendant Milodragovich, Dale & Steinbrenner, P.C. to January 21, 2019. The Court granted the Second Stipulation by Order entered on November 28, 2018 [Dkt. 11].

10. The parties, including the Cote family group thereafter engaged in a three-way mediation, with mediator Armand "Jay" Kornfeld on December 11, 2018. Although the parties did not reach a settlement at that time, the parties have continued to actively negotiate through mediator Kornfeld since that date.

11. Plaintiff Janice Smith and Defendant Milodragovich, Dale & Steinbrenner, P.C. entered into a Third Stipulation to extend the deadline for Plaintiff to complete service of process on the remaining defendants, Lon J. Dale and Michael Bybee, through and including Monday, January 21, 2019, and further agreed to extend the due date for the Answer of Defendant Milodragovich, Dale & Steinbrenner, P.C. to February 4, 2019. The Court granted this Third Joint Stipulation on January 8, 2019.

Fifth Joint Stipulation and Order to Extend
Deadline for Completion of Service of Process
Page 3 of 5

**WAID LAW OFFICE, PLLC**
**5400 CALIFORNIA AVENUE SW, SUITE D**
SEATTLE, WA 98136
206.388.1926

12. Plaintiff Janice Smith and Defendant Milodragovich, Dale & Steinbrenner, P.C. entered into a Third Stipulation to extend the deadline for Plaintiff to complete service of process on the remaining defendants, Lon J. Dale and Michael Bybee, through and including Monday, February 4, 2019, and further agreed to extend the due date for the Answer of Defendant Milodragovich, Dale & Steinbrenner, P.C. to February 4, 2019. The Court granted this Fourth Joint Stipulation on January 24, 2019.

13. Prior to February 4, 2019, undersigned counsel orally agreed to enter into a Fifth Stipulation to extend the deadline for Plaintiff to complete service of process on the remaining defendants, Lon J. Dale and Michael Bybee, and further agreed to extend the due date for the Answer of Defendant Milodragovich, Dale & Steinbrenner, P.C. However, due to the intervening snow event in the Seattle Metropolitan area and an intervening illness on the part of Plaintiff's counsel, they did not submit a formal Stipulation to the Court for approval.

14. Nevertheless, the three-way mediation process has continued, without interruption (other than the delay occasioned by the events described in ¶13, above) and counsel for the parties jointly stipulate and represent to the Court that the parties have continued to make progress throughout the mediation process.

15. Based on the foregoing circumstances, Plaintiff Janice Smith and Defendant Milodragovich, Dale & Steinbrenner, P.C. stipulate and agree to extend the due date for Plaintiff to complete service of process on the remaining defendants, Lon J.

Fifth Joint Stipulation and Order to Extend
Deadline for Completion of Service of Process
Page 4 of 5

**WAID LAW OFFICE, PLLC**
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

Dale and Michael Bybee, through and including Monday, March 18, 2019, and further agreed to extend the due date for the Answer of Defendant Milodragovich, Dale & Steinbrenner, P.C. to Monday, April 1, 2019.

DATED: February 25, 2019.

WAID LAW OFFICE, PLLC

BY: /s/ Brian J. Waid
    BRIAN J. WAID
    WSBA No. 26038
    Attorney for Plaintiff

SCHWABE, WILLIAMSON & WYATT

BY: /s/ Christopher H. Howard
    CHRISTOPHER H. HOWARD
    WSBA No. 11074
    RYAN W. DUMM
    WSBA No. 46738
    Attorneys for Defendant
    Milodragovich, Dale &
    Steinbrenner, P.C.

## ORDER APPROVING STIPULATION

IT IS SO ORDERED this 1st day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Fifth Joint Stipulation and Order to Extend Deadline for Completion of Service of Process**
Page 5 of 5

**WAID LAW OFFICE, PLLC**
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926